Bryant Bentley 21135-018
Federal Correctional Complex (Low)
Unit C-3
P.O. Box 1031
Coleman, Fl 33521

SCREENED By USMS

Expected Delivery Day: 07/28/2017
USPS TRACKING NUMBER

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
For Domestic Use Only
Overnight Priority
TRACKED INSURED
Label 107, July 2013

21138-018
Elizabeth M Warren
U.S. District Court
801 North Florida Ave., 2nd Floor
Clerk of Court
Tampa, FL 33602
United States